ODONGA KENYA RUSH
FULL NAME

_____
COMMITTED NAME (if different)

441 BAUCHET ST LA, CA 90012
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Booking #3097342
PRISON NUMBER (if applicable)

(550)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: CV13-00642 (AN)
*To be supplied by the Clerk*

PLAINTIFF,
v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff _Odonga K. Rush_

   Defendants _Burbank Police Dept_

b. Court _Pasadena (Los Angeles County Superior)_

c. Docket or case number _GA081630 1_

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _P.C. 530.5, P.C. 472_

g. Approximate date of filing lawsuit: _1/19/2013_

h. Approximate date of disposition _1/19/_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _Pitchess Motion_

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Odonga K Rush_
(print plaintiff's name)
who presently resides at _441 Bauchet St, LA, CA 90012_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Burbank, CA    Burbank Police Department_
(institution/city where violation occurred)

---

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**                    Page 2 of 6

on (date or dates) 03/04/2011 , _____ , _____ .
(Claim I)                (Claim II)                (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __City of BURBANK - BurBANK PD__ resides or works at
   (full name of first defendant)
   __BurBANK, CA__
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Violation of the Plaintiff's IV, V, VIII, XIII, XIV__
   __AmendMent RIGHTS AND CIVIL LIBERTIES__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

False Imprisonment, Racial Profiling, Slavery, Cruel and unusual punishment, Mental Anguish,

THE Burbank police subjected the plaintiff to all of the above without probable cause.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Burbank Police approached the defendant while sitting in his car at his Hotel. The officers got out of their car and approach the vehicle drivers side window He asked the plaintiff for his license, without probable cause, he gave the officer his Florida Identification he checked it for warrants. The defendant had an unpaid ticket warrant. The officer search the defendants person and found his wallet. He found a replica ID from California and credit cards in different names. The defendant was charged with Identity theft and false ID. The case lasted for months and was dismissed due to being factually insufficient

EVIDENCE AVAILABLE UPON REQUEST

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

For My mental anguish, False imprisonment, time that I worked in Jail, lost income from my occupation, daily strip searches, lost of my personal belongings such as my cars, apartment, clothes, Jewelry, credit rating. Law suits my company incurred as a result of my incarceration. Two million Nine Hundred Thousand dollars, $2,900,000

_____  _____
(Date)                         (Signature of Plaintiff)



O. RUSH
309 7342
441 Bauchet St
LA, CA 90012

UNITED States District
COURT
Central District of California
312 North Spring Street Rm G-8
Los Angeles, CA 90012
Attention: Pro Se Clerk

CR

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

